# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Case Name: | **Marcia Depew v. Square Two Financial Services, et al.** | Case Number: | **16-cv-2994-CAB-(MDD)** |

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape:  n/a

On March 21, 2017, both Defendants filed separate Notices of Filing of Bankruptcy Petitions [Doc. Nos. 8, 9], filed with the United States Bankruptcy Court for the Southern District of New York, Case Nos. 17-10663 and 17-10659.  Accordingly, this case is AUTOMATICALLY STAYED pursuant to 11 U.S.C. § 362(a), and is HEREBY ADMINISTRATIVELY CLOSED.  Any party may file a motion for relief from stay with this Court, if appropriate.
It is SO ORDERED.

Date:  March 29, 2017                                                                                      Initials:  NOD